IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARC WATKINS and RANDI WATKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIV. ACT. NO. 1:23-cv-186-TFM-B ) |
| JAMES D. GILL, JR. and CHAD MILES, | ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the court is a Notice of Voluntary Dismissal (Doc. 3, filed 5/25/23) in which Plaintiffs seek to dismiss all claims against Defendants without prejudice as the accidentally filed in the wrong court. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, no answer or motion for summary judgment has been filed. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been in accordance with Plaintiff's notice. Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 26th day of May, 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE